UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **ROBERT L. SCROGGINS, JR.,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 06-2128 |
| **CITY OF KANKAKEE, a municipal corporation, DAVID A. SKELLY, AVERY IVEY, and TIMOTHY KREISSLER, in their official and individual capacities,** | ) |
| **Defendants.** | ) |

## OPINION

A Report and Recommendation (#12) was filed by the Magistrate Judge in the above cause on September 20, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss (7) is GRANTED.

(2) Count III of Plaintiff's complaint is dismissed with prejudice. Count I is of Plaintiff's complaint is dismissed without prejudice. Plaintiff is allowed fourteen days to file an amended complaint to remedy Count I.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 10th day of October, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE